| Attorney or Party without Attorney:<br>BERNICE M. STARRETT<br>P.O. BOX 1359<br>CHICO, CA 95927<br>Telephone No: 408 568-8594 | | | | For Court Use Only<br><br>**FILED**<br>JUL 2 8 2008<br>RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Northern District Of California | | | | |
| Plaintiff: STARRETT | | | | |
| Defendant: ZIDE | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS AND COMPLAIN** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV082974MEJ |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, ECF REGISTRATION INFORMATION HANDOUT, NOTICE OF ASSIGNMNET OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

3. a. Party served:                                HARRIS & ZIDE, LLP
   b. Person served:                        FLINT C. ZIDE, AGENT FOR SERVICE OF PROCESS BY SERVING NANCY JOHNSON, AUTHORIZED PERSON TO ACCEPT SERVICE OF PROCESS

4. Address where the party was served:       1445 HUNTINGTON DRIVE, SUITE 300
                                                                SOUTH PASADENA, CA 91030

5. I served the party:
   b. **by substituted service.** On: Tue., Jun. 17, 2008 at: 3:12PM by leaving the copies with or in the presence of:
       NANCY JOHNSON, AUTHORIZED PERSON TO ACCEPT SERVICE OF PROCESS, Asian, Female, 55 Years Old, Black Hair, Brown Eyes, 5 Feet 2 Inches, 125 Pounds
   (1) **(Business)** Authorized to Accept the Service of Process. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: HARRIS & ZIDE, LLP
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**                                     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. CARL F. LUNDGREN                                 d. **The Fee** for Service was:    $58.00



e. I am: (3) registered California process server
     (i)   Independent Contractor
     (ii)  Registration No.:       2849
     (iii) County:                 LOS ANGELES
     (iv) Expiration Date:      Sat, Feb. 27, 2010

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Jun. 19, 2008

Judicial Council Form POS-010                     PROOF OF SERVICE             (CARL F. LUNDGREN)     2190.81863
Rule 2.150.(a)&(b) Rev January 1, 2007        SUMMONS AND COMPLAINT

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **Carl F. Lundgren**
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with **Nancy Johnson**
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____ .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

| Attorney or Party without Attorney:<br>BERNICE M. STARRETT<br>P.O. BOX 1359<br>CHICO, CA 95927 | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: 408 568-8594   FAX No: | | | | |
| | | Ref. No or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Northern District Of California | | | | |
| Plaintiff: STARRETT | | | | |
| Defendant: ZIDE | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV082974MEJ |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS AND COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, ECF REGISTRATION INFORMATION HANDOUT, NOTICE OF ASSIGNMNET OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:         Wed., Jun. 18, 2008
   b. Place of Mailing:        LOS ANGELES, CA 90026
   c. Addressed as follows:    HARRIS & ZIDE, LLP
                               1445 HUNTINGTON DRIVE, SUITE 300
                               SOUTH PASADENA, CA 91030

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Jun. 18, 2008 in the ordinary course of business.

5. Person Serving:                                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. CHRISTINA PATINI                      d. *The Fee for Service was:*  $58.00
   b. KERN LEGAL SERVICES, INC.             e. I am: Not a process server
      1614 WEST TEMPLE STREET
      LOS ANGELES, CA 90026
   c. (213) 483-4900, FAX (213) 483-7777

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Thu, Jun. 19, 2008

   Judicial Council Form POS-010              PROOF OF SERVICE                  (CHRISTINA PATINI)
   Rule 2.150.(a)&(b) Rev January 1, 2007         By Mail                                        2190.81863