IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
08 SEP -2 PM 1:38
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNICE M. STARRETT | Case No. CV 08 2974 MEJ |
| Plaintiff, | |
| v. | NOTICE OF NEED FOR ADR PHONE CONFERENCE |
| FLINT C. ZYDE,<br>HARRIS & ZIDE, LLP, | |
| Defendants | |



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Bernice M Starrett

                                    CASE NO.  CV 08 2974

                Plaintiff(s),

      v.                                NOTICE OF NEED FOR ADR PHONE
                                        CONFERENCE

Flint C. Zide,
Harris & Zide, LLP

                Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓     have not yet reached an agreement to an ADR process
       request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 09/25/08        ■

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Bernice M Starrett | | 408 568 8594 | bernice.starrett@gmail.com |
| | | | |
| | | | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 08/29/08   ■                                   Bernice M Starrett (pro se)   ■
                                                                                Attorney for Plaintiff

Dated:_____                               _____
                                                                            Attorney for Defendant

Rev 12.05

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BERNICE M. STARRETT

      Plaintiff,

v.

FLINT C. ZYDE,
HARRIS & ZIDE, LLP,

      Defendants

Case No. CV 08 2974 MEJ

ADR CERTIFICATION BY PARTY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Bernice M Starrett

                     Plaintiff(s),

v.

Flint C. Zide,
Harris & Zide, LLP

                     Defendant(s).
_____/

Case No. CV 08 2974

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 08/29/08 ∎

Bernice M Starrett ∎
[Party]

Dated: _____

_____
[Counsel]