IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNICE M. STARRETT, | No. C 08-2974 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| FLINT C. ZIDE, et al., | |
| Defendant(s). | |

This matter is currently scheduled for a Case Management Conference on September 25, 2008. Please take notice that the Court hereby CONTINUES the C.M.C. to November 13, 2008 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. All deadlines in the June 16, 2008 Order Setting Initial Case Management Conference shall be adjusted accordingly.

**IT IS SO ORDERED.**

Dated: September 23, 2008

MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BERNICE M. STARRETT,

        Plaintiff,

v.

FLINT C. ZIDE et al,

        Defendant.

Case Number: CV08-02974 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bernice M. Starrett
P.O. Box 1359
Chico, CA 95927

Dated: September 23, 2008

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2