IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNICE M. STARRETT,<br><br>            Plaintiff(s),<br><br>    vs.<br><br>FLINT C. ZIDE, et al.,<br><br>            Defendant(s).<br>_____/ | No. C 08-2974 MEJ<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

This matter is currently scheduled for a Case Management Conference on November 13, 2008. Please take notice that the Court hereby CONTINUES the C.M.C. to December 11, 2008 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. All deadlines in the June 16, 2008 Order Setting Initial Case Management Conference shall be adjusted accordingly. The parties shall file their Joint Case Management Statement by December 4, 2008. The statement shall contain all the information listed in the *Standing Order for all Judges of the Northern District of California*, a copy of which was provided at the time the complaint was filed. **Plaintiff shall serve this order upon all other parties.**

   **IT IS SO ORDERED.**

Dated: November 10, 2008

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BERNICE M. STARRETT,

        Plaintiff,

  v.

FLINT C. ZIDE et al,

        Defendant.
                                            /

Case Number: CV08-02974 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bernice M. Starrett
P.O. Box 1359
Chico, CA 95927

Dated: November 10, 2008

                                      Richard W. Wieking, Clerk
                                      By: Brenda Tolbert, Deputy Clerk

2