IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNICE M. STARRETT, | No. C 08-2974 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER VACATING DECEMBER 11, 2008 CASE MANAGEMENT CONFERENCE** |
| FLINT C. ZIDE, et al., | **ORDER TO SHOW CAUSE** |
| Defendant(s). | |

This matter is currently scheduled for a Case Management Conference on December 11, 2008. However, Defendants have made no appearance in this case and Plaintiff Bernice Starrett has not requested a continuance. The Court also notes that, at Plaintiff's request, the CMC has already been continued twice. Accordingly, the Court hereby VACATES the December 11 CMC and ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute and comply with court-ordered deadlines. Plaintiff shall file a declaration by December 16, 2008. The Court shall conduct an Order to Show Cause Hearing on January 8, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. .

**IT IS SO ORDERED.**

Dated: December 5, 2008

MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BERNICE M. STARRETT,

        Plaintiff,

  v.

FLINT C. ZIDE et al,

        Defendant.
                                          /

Case Number: CV08-02974 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bernice M. Starrett
P.O. Box 1359
Chico, CA 95927

Dated: December 5, 2008

                                          Richard W. Wieking, Clerk
                                          By: Brenda Tolbert, Deputy Clerk