IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNICE M. STARRETT, | No. C 08-2974 MEJ |
| Plaintiff(s), | **ORDER VACATING ORDER TO SHOW CAUSE** |
| vs. | **ORDER SCHEDULING STATUS CONFERENCE** |
| FLINT C. ZIDE, et al., | |
| Defendant(s). | |

On December 5, 2008, the Court issued an Order for Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court-ordered deadlines. On December 15, 2008, Plaintiff filed a Declaration in response to the OSC. Good cause appearing, the Court hereby VACATES the January 8, 2009 OSC hearing. As it appears that a settlement is pending in this matter, the Court shall permit the parties an additional 60 days to complete the provisions of their agreement. Accordingly, the Court shall conduct a status conference on February 26, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Plaintiff shall file a voluntary dismissal or status statement by February 19, 2009. Plaintiff shall serve this order upon the defendants.

**IT IS SO ORDERED.**

Dated: December 16, 2008

MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BERNICE M. STARRETT,

        Plaintiff,

  v.

FLINT C. ZIDE et al,

        Defendant.

Case Number: CV08-02974 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bernice M. Starrett
P.O. Box 1359
Chico, CA 95927

Dated: December 16, 2008

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2